ACCEPTED
04-15-00609-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/29/2015 12:00:06 PM
KEITH HOTTLE
CLERK

04-15-00609-CV

No. 14-04-0331-CVA

| | | |
|---|---|---|
| Breakfront, LLC, Golden Oak | § | IN THE DISTRICT COURT |
| Partners, LLC, Mark Slotkin, | § | |
| Individually, and Mark Slotkin, | § | |
| as Trustee of the Slotkin Family | § | |
| Children's Trust dtd January 1, 1997, | § | |
| | § | |
| *Plaintiffs/Counter-Defendants* | § | 81st/218th JUDICIAL DISTRICT |
| v. | § | |
| | § | |
| Southwest Guaranty | § | |
| Investors, Ltd., | § | |
| | § | |
| *Defendants/Counter-Plaintiff.* | § | ATASCOSA COUNTY, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/29/2015 12:00:06 PM
KEITH E. HOTTLE
Clerk

## PLAINTIFFS'/COUNTER-DEFENDANTS' NOTICE OF APPEAL

This Notice of Appeal is filed by Plaintiffs/Counter-Defendants Breakfront, LLC, Golden Oak Partners, LLC, Mark Slotkin, Individually, and Mark Slotkin, as Trustee of the Slotkin Family Children's Trust dtd January 1, 1997 who seek to appeal all parts of the trial court's judgment signed on July 27, 2015. Appeal is being taken to the Fourth Court of Appeals in San Antonio.

Respectfully submitted,

/S/ *Jeff Small*

Jeff Small
State Bar No . 00793027
LAW OFFICE OF JEFF SMALL
12451 Starcrest, Suite 100
San Antonio, TX 78216.2988
jdslaw@satx.rr.com

Counsel for Plaintiffs/
 Counter- Defendants

Page 1 of 2

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing PLAINTIFFS'/ COUNTER-DEFENDANTS' NOTICE OF APPEAL is being served on interested parties/ counsel of record as shown below pursuant to the Texas Rules of Civil Procedure on September 29, 2015.

Robin L. Harrison
State Bar No. 09120700
rharrison@chd-law.com
CAMPBELL HARRISON & DAGLEY, LLP
4000 Two Houston Center
909 Fannin Street
Houston, TX 77010
713.752.2332/f: 713.752.2330

Clinton M. Butler
State Bar No. 24045591
cbutler@langleybanack.com
LANGLEY & BANACK INC.
114 N. Panna Maria Ave.
Karnes City, Texas 78118
830. 780.2700/f: 830.780.2701

/S/ *Jeff Small*